IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
MAY 19 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) No. | 1:16CR00058AGF |
| ) | |
| JAMES CLAY WALLER, II, ) Title 18 | |
| ) United States Code | |
| Defendant. ) Section 2261(a)(1) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 1, 2011, in the Eastern District of Missouri and elsewhere, the defendant,

**JAMES CLAY WALLER, II,**

traveled in interstate commerce with the intent to kill Jacque Sue Waller, his spouse, and as a result of said travel, committed the murder of Jacque Sue Waller, which was a crime of violence, in violation of Title 18, United States Code, Section 2261(a)(1) and punishable under Section 2261(b)(1).

### FORFEITURE ALLEGATION

1. Pursuant to Title 18, United States Code, Section 3681, upon conviction of an offense in violation of Title 18, United States Code, Section 2261 as set forth herein, the defendant shall forfeit to the United States all proceeds received or to be received by the defendant, or a transferee of the defendant, from a contract relating to a depiction of such crime in a movie, book, newspaper, magazine, radio or television production, or live entertainment of

any kind, or an expression of the defendant's thoughts, opinions, or emotions regarding such crime, or a sum of money equal to the value of all such proceeds.

2. Specific property subject to forfeiture includes:

a. All proceeds received or to be received by the defendant or any transferee from any publication of, adaptation of, or other work derived from a manuscript authored by the defendant entitled "'If You Take My Kids, I'll Kill You!': The Public Confession of Missouri's Most Notorious Wife Killers," obtained by agents of the Federal Bureau of Investigation on or about March 8, 2016.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY


_____
LARRY H. FERRELL, #28874MO
ASSISTANT UNITED STATES ATTORNEY